Court of Appeal, Third Circuit, Parish of Rapides. 247 So.2d 870; 247 So.2d 875.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

■

249 So.2d 209

**Hoyt WILLIAMS**

**v.**

**HUDSON EAST, d/b/a Hudson East General Contractors.**

**No. 51552.**

June 28, 1971.

In re: Hoyt Williams applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 247 So.2d 592.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.